| | FOR COURT USE ONLY |
|---|---|
| IN THE DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>1437 Bannock Street Room 256, Denver, CO 80202 | |

| | |
|---|---|
| **WYATT SMITH**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**RENAISSANCE HOMES OF COLORADO LLC, JOHN CROWELL, CHARLES WARD**<br><br>Defendant/Respondent | Case #  **1:26-cv-1431-PAB**<br>Hearing Date: |

## DECLARATION OF SERVICE

Received by **William Oboobi**, on the **9th day of April, 2026 at 3:04 PM** to be served on **Charles Ward** at **5600 S Quebec St Ste 150D, Greenwood Village, Arapahoe County, CO 80111**.

I, **William Oboobi**, declare under penalty of perjury that I am 18 years or older and not a party to the action and that on the **13th day of April, 2026 at 9:53 AM**, I **SERVED** the within named defendant at **5600 S Quebec St Ste 150D, Greenwood Village, Arapahoe County, CO 80111**, in the manner indicated below:

**SUBSTITUTE SERVICE**, by leaving **1** copy(ies) of the below-listed documents with **Janet Marlow**, a person of suitable age and discretion who confirmed the Defendant can be found at the above address and informed that person of the contents thereof.

<u>Documents Served:</u> **SUMMONS; COMPLAINT FOR DAMAGES BASED ON COPYRIGHT INFRINGEMENT; EXHIBITS; CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Janet Marlow, I delivered the documents to Janet Marlow who identified themselves as the subject's sibling, co-resident with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.**

Service Fee Total: **$76.00**

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on   04/13/2026
                             (date)

at   Denver County
              (city or other location, and state OR county)

William Oboobi
                (printed name)

                (signature)



Tracking #: **0218214774**